UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

ANGELA B. BLOXOM                                    CASE NO. 09-08214-BKC-3F7

           Debtor.
_____

## TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: household goods and furnishings, for the total sum of $2,000.00, which has now been paid in full. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 7, 2011.

                                                    _____
                                                    GREGORY K. CREWS, Trustee
                                                    8584 Arlington Expressway
                                                    Jacksonville, Florida 32211
                                                    (904) 354-1750
                                                    Florida Bar No. 172772

Mailed to creditors and parties in interest on October 7, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**ANGELA B. BLOXOM**             CASE NO. **09-08214-BKC-3F7**

            **Debtor.**

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 2, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:09-bk-08214-JAF
Middle District of Florida
Jacksonville
Fri Oct  7 11:54:40 EDT 2011

ATG Credit LLC
PO Box 14895
Chicago, IL 60614-0895

Amc Mortgage Services
Po Box 11000
Santa Ana, CA 92711-1000

American Home Mortgage Servicing Inc
1525 S Beltline Road Suite 100-N
Coppell TX 75019-4913

American Home Mortgage Servicing, Inc.
4875 Belfort Road
Suite 130
Jacksonville, FL 32256-6059

American Home Mortgage Servicing, Inc.
Marinosci Law Group, PA
c/o Bart T. Heffernan, Esq.
100 West Cypress Creek Road
Suite 1045
Ft. Lauderdale, FL 33309-2191

American Home Mortgage Servicing, Inc.
4875 Belfort Road, Siute 130
Jacksonville, FL 32256-6058

Ameriquest Mortgage
10801 6th St
Rancho Cucamonga, CA 91730-5977

Bank Of America
475 Crosspoint Pkwy
Getzville, NY 14068-1609

Bank Of America
NC4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27410-8110

Bank Of America
Po Box 1598
Norfolk, VA 23501-1598

Bank of America, N.A.
P.O. Box 25018
Tampa, FL 33622-5018

Jeffrey R Becker
Hiday & Ricke PA
Post Office Box 550858
Jacksonville, FL 32255-0858

Angela B Bloxom
2661 Percy Road
Jacksonville, FL 32218-2342

Citi Residential Lending
PO Box 11000
Santa Ana, CA 92711-1000

Citibank Usa
Po Box 6003
Hagerstown, MD  21747

City of Jacksonville
General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202-3734

Keith D. Collier
Law Offices of Keith D. Collier (Jax)
2350 Park Street
Jacksonville, FL 32204-4318

Community First Credit Union
623 N Main St
Jacksonville, FL 32202-3011

Community First Credit Union of Florida
c/o Hiday & Ricke, P.A.
P.O. Box 550858
Jacksonville, FL 32255-0858

Gregory K Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Deutsche Bank National Mortgage Securities
c/o Kenneth Lockwood
10004 N. Dale Mabry Hwy., Ste. 112
Tampa, FL 33618-4421

Deutsche Bank National Trust Company
P.O. Box 25018
Tampa, FL 33622-5018

Deutsche Bank National Trust Company, As Tru
c/o Kenneth Lockwood
Shapiro & Fishman, LLP
10004 N. Dale Mabry
Suite 112
Tampa, FL 33618-4421

Discover Bank
DFS Services LLC
PO Box 3025
New Albany, Ohio  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Financial
PO Box 3025
New Albany, OH 43054-3025

Douglas W. Neway
PO Box 4306
Jacksonville, FL 32201-4306

Duval County Tax Collector
Tax Dept. Room 130
231 E Forsyth Street
Jacksonville, FL 32202-3361

Echevarria, Codilis, & Stawiarski
9119 Corporate Lake Drive
3rd Floor
Tampa, FL 33634-2362

| | | |
|---|---|---|
| FL Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Default Law Group, P.L.<br>PO Box 25018<br>Tampa, FL 33622-5018 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Golson Law Firm<br>1230 South Myrtle Ave<br>Suite 105<br>Clearwater, FL 33756-3445 | Teresa M. Hair<br>Florida Default Law Group, PL<br>PO Box 25018<br>Tampa, FL 33622-5018 |
| Bart T. Heffernan<br>Marinosci Law Group, P.A.<br>100 West Cypress Creek Road, Ste 1045<br>Ft. Lauderdale, FL 33309-2191 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Litton Loan Servicing<br>4828 Loop Central Dr<br>Houston, TX 77081-2166 | Litton Loan Servicing, L.P.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Litton Loan Servicing, L.P.<br>Bankruptcy Department<br>4828 Loop Central Drive<br>Houston, TX 77081-2212 |
| Kenneth W. Lockwood<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 | Mike Hogan, Duval County Tax Collector<br>Office of General Counsel<br>c/o Edward Tannen<br>117 West Duval Street<br>#480<br>Jacksonville, FL 32202-3734 | Mike Hogan, Tax Collector<br>c/o Edward C. Tannen<br>Assistant General Counsel<br>117 W. Duval Street, #480<br>Jacksonville, FL 32202-3734 |
| NCO Financial Systems, Inc<br>PO Box 15630<br>Dept 72<br>Wilmington, DE 19850-5630 | (p)NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 | Nelnet<br>3015 S Parker Rd Suite 400<br>Aurora, CO 80014-2904 |
| Nelnet on behalf of ECMC<br>Educational Credit Management Corp<br>Lockbox 8682 PO Box 75848<br>St. Paul MN 55175-0848 | PRA Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFCLK VA 23541-1067 | Recovery Management Systems Corporation<br>Attn Ramesh Singh<br>25 SE 2nd Ave Ste 1120<br>Miami, Fl 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sherman Acquisitions<br>Po Box 740281<br>Houston, TX 77274-0281 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Edward C. Tannen<br>City of Jacksonville<br>117 W. Duval Street, Ste. 480<br>Jacksonville, FL 32202-5721 | Tax Collector, Duval County<br>231 E. Forsyth Street, #130<br>Jacksonville, FL 32202-3380 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| United States Trustee - JAX 7 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | Wells Fargo CCG Collections<br>MAC X2505-016<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Financial<br>1440-31 Dunn Av<br>Jacksonville, FL 32218-6303 |

Wells Fargo Financial Bank
PO Box 5943
Sioux Falls, SD 57117-5943

Wells Fargo Financial Florida, Inc.
4137 121st Street
Urbandale, IA 50323-2310

eCAST Settlement Corporation SUCCESSOR to FI
Services aka Bank of America
POB 35480
Newark NJ 07193-5480

eCAST Settlement Corporation assignee of Cit
USA NA/HOME DEPOT
POB 35480
Newark NJ 07193-5480

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial
PO Box 15316
Wilmington, DE 19850

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Nationwide Recovery Service
Po Box 1015
Cleveland, TN 37364

Sprint Nextel Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

(d)Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Community First Credit Union of Florida
c/o Hiday & Ricke, P.A.
P.O. Box 550858
Jacksonville, FL 32255-0858

(d)Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients    63
Bypassed recipients     3
Total                  66